**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NSC WHOLESALE HOLDINGS LLC, et al.,[1] | Case No. 18-12394 (CSS) |
| Debtors. | Jointly Administered |

| | |
|---|---|
| NSC LIQUIDATING TRUST, | |
| Plaintiff. | |
| v. | Adv. Proc. No. See Schedule 1 |
| Defendants Listed on Schedule 1, | |
| Defendants. | |

**CERTIFICATION OF SERVICE**

1.      I, Howard A. Cohen, certify that I am not less than 18 years of age and not a party in this matter.

2.      On December 7, 2020, I caused to be electronically filed through the Court's CM/ECF system and served the respective amended summonses for the above-captioned adversary proceedings on Schedule 1 attached hereto upon all parties who have electronically entered a notice of appearance by means of the Court's CM/ECF system.

3.      In addition, on December 8, 2020, I caused the amended summons, the complaint and the proposed scheduling order to be served via regular mail to each defendant as indicated on the affidavit and service list attached hereto as Exhibit 1.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: NSC Wholesale Holdings LLC (6210); National Wholesale Liquidators of Lodi, Inc. (4301); NSC Realty Holdings LLC (4779); NSC of West Hempstead, LLC (5582); Top Key LLC (7503); BP Liquor LLC (2059); and Teara LLC (8660).

Dated: December 9, 2020
Wilmington, Delaware

**GIBBONS P.C.**

By: */s/ Howard A. Cohen*
Howard A. Cohen, Esq. (Bar No. 4082)
Natasha M. Songonuga, Esq. (Bar No. 5391)
300 Delaware Avenue, Suite 10115
Wilmington, DE 19801-1671
Telephone: (302) 518-6324
Facsimile: (302) 429-6294
E-mail: hcohen@gibbonslaw.com
nsongonuga@gibbonslaw.com
*Counsel for the Liquidating Trustee*

2866874.1 116102-101579

## SCHEDULE 1

| DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|
| Amalgamated Local 208 AFL-CIO | 20-50859-CSS |
| American Express Company | 20-50862-CSS |
| Panties Plus Inc. | 20-50863-CSS |
| Comet Customs Brokers, Inc. | 20-50865-CSS |
| Digital World Trading of NY Inc. | 20-50868-CSS |
| Ralph Friedland & Bros., Inc. | 20-50869-CSS |
| Dream Well Collection, Inc. | 20-50870-CSS |
| S Katzman Produce Inc. | 20-50872-CSS |
| Eddie Domani, Inc. | 20-50873-CSS |
| Frankel and Frankel Inc. | 20-50874-CSS |
| S.I.T., Inc. | 20-50878-CSS |
| Silverang Donohoe Rosenzweig & Haltzman LLC | 20-50882-CSS |
| SK Silk Flowers Inc. | 20-50888-CSS |
| Snyders's-Lance, Inc. | 20-50891-CSS |
| Sunteck Transportation, Inc. | 20-50893-CSS |
| TGL International Inc. | 20-50896-CSS |
| Goya Foods, Inc. | 20-50897-CSS |
| Ther-A-Pedic Sleep Products Inc. | 20-50898-CSS |
| Haddad International LLC | 20-50899-CSS |
| International General Trading Corporation | 20-50901-CSS |
| Tirosh International Inc. | 20-50902-CSS |
| LB International Inc. | 20-50904-CSS |
| Leon Koral Company | 20-50905-CSS |
| Liberty Coca-Cola Beverages LLC | 20-50906-CSS |
| MRC Creations Inc. | 20-50908-CSS |
| VCNY Home | 20-50909-CSS |
| Nines Enterprises LLC | 20-50910-CSS |
| Voortman Cookies Ltd. | 20-50912-CSS |
| W.M. Brown Group, Inc. | 20-50914-CSS |



## Affidavit of Service

Firm: _____ Gibbons, P.C. _____ Reference No. _____ 116102-101579 _____

I, <u>Kristen Hambleton</u> , declare as follows:

**(Please Print** Name of Employee)

I am over the age of eighteen (18), and not a party to this action.  I am employed by Parcels, Inc. *(Production Center)*, located at 230 N. Market Street, Wilmington, DE. 19801.  I am an authorized representative of Parcels, Inc.

The  following  document(s),  ___Amended Summons, Complaint with___ Notice, Propsoed Scheduling Order ,  in  the  following  case, _NSC Wholesale Holdings LLC/_ , was/were delivered by the following method(s): NSC Liquidating Trust (See Attached)

*Quantity Sent (Check any that apply):*

| | | |
|---|---|---|
| ☒ | _____29_____ | First Class Mail |
| ☐ | _____ | Priority Mail |
| ☐ | _____ | Express Mail |
| ☐ | _____ | International Mail |
| ☐ | _____ | Federal Express |
| ☐ | _____ | Hand Delivery |
| ☐ | _____ | Fax |

I declare, under penalty of perjury, that the above statements are true and correct.  The above action(s) was/were executed on _____ December 8, 2020 _____ in Wilmington, DE.

_Kristen Hamilton_ Parcels, Inc., Representative.

*(Employee Signature)*

| | Adv. Proc. No. | Preference Defendant | Address 1 | Address 3 | Address 4 | Address 5 | Address 6 |
|---|---|---|---|---|---|---|---|
| 1. | 50859 | Amalgamated Local 298 AFL-CIO | 420 W Merrick Road | Valley Stream | NY | 11580 | ATTN: Angela D X313 and Officer, Managing or General Agent |
| 2. | 50862 | American Express Company | PO Box 1270 | Newark | NJ | 07101-1270 | ATTN: Officer, Managing or General Agent |
| 3. | 50863 | Panties Plus Inc. | 320 Fifth Ave, 2nd Floor | New York | NY | 10001 | ATTN: Abe Hanan and Officer, Managing or General Agent |
| 4. | 50865 | Comet Customs Brokers, Inc. | 587 West Merrick Rd | Valley Stream | NY | 11580 | ATTN: Samuel Focarino and Officer, Managing or General Agent |
| 5. | 50868 | Digital World Trading Of NY Inc. | 140 58th Street | Brooklyn | NY | 11220 | ATTN: Aaron Malch and Officer, Managing or General Agent |
| 6. | 50869 | Ralph Friedland & Bros., Inc. | 17 Industrial Drive | Cliffwood | NJ | 07735 | ATTN: Ely Tawil and Officer, Managing or General Agent |
| 7. | 50870 | Dream Well Collection, Inc. | 633 Nassau St | North Brunswick | NJ | 08902 | ATTN: Robert Beitscher and Officer, Managing or General Agent |
| 8. | 50872 | S Katzman Produce Inc. | Stores 153-157 Row A, Hunts Point Product Mkt | Bronx | NY | 10474 | ATTN: Stephen Katzman and Officer, Managing or General Agent |
| 9. | 50873 | Eddie Domani, Inc. | 1431 Broadway, 4th Floor | New York | NY | 10018 | ATTN: Edmond Mizrahi and Officer, Managing or General Agent |
| 10. | 50874 | Frankel And Frankel Inc. | 96 Merrick Road | Lynbrook | NY | 11563 | ATTN: Jeff Nancy Brett and Officer, Managing or General Agent |
| 11. | 50878 | S.I.T., Inc. | 41 Franklin Street | Quincy | MA | 02169 | ATTN: Peter Aiello and Officer, Managing or General Agent |
| 12. | 50882 | Silverang Donohoe Rosenzweig & Haltzman LLC | 595 East Lancaster Ave, Ste. 203 | Wayne | PA | 19087 | ATTN: Mitchell R Cohen and Officer, Managing or General Agent |
| 13. | 50888 | SK Silk Flowers Inc. | 20-47 Nameoke Ave | Far Rockaway | NY | 11691 | ATTN: Officer, Managing or General Agent |
| 14. | 50891 | Snyders's-Lance, Inc. d/b/a Snyders of Hanover | P.O. Box 412032 | Boston | MA | 02241-2032 | ATTN: Officer, Managing or General Agent |
| 15. | 50893 | Sunteck Transportation, Inc. | PO Box 253 | Cresco | PA | 18326 | ATTN: Officer, Managing or General Agent |
| 16. | 50896 | TGL International Inc. | 140 N. State Rt17, Suite 313 | Paramus | NJ | 07652 | ATTN: Guoqin Zhang and Officer, Managing or General Agent |
| 17. | 50897 | Goya Foods, Inc. | 100 Seaview Drive | Secaucus | NJ | 07094 | ATTN: Robert Unanue and Officer, Managing or General Agent |
| 18. | 50898 | Ther-A-Pedic Sleep Products Inc. | 1375 Jersey Avenue | North Brunswick | NJ | 08902 | ATTN: Steve Vitello and Officer, Managing or General Agent |
| 19. | 50899 | Haddad International LLC | 330 Hurst Street | Linden | NJ | 07036 | ATTN: Alan Haddad and Officer, Managing or General Agent |
| 20. | 50901 | International General Trading Corporation | 566 7th Ave, Suite 804 | New York | NY | 10018 | ATTN: Ulka Gray and Officer, Managing or General Agent |

| | Adv. Proc. No. | Preference Defendant | Address 1 | Address 3 | Address 4 | Address 5 | Address 6 |
|---|---|---|---|---|---|---|---|
| 21. | 50902 | Tirosh International Inc. | 200 East 2nd Street, Suite 35 | Huntington Station | NY | 11746 | ATTN: David Khalili and Officer, Managing or General Agent |
| 22. | 50904 | LB International, Inc. | 150 Engineers Rd | Hauppauge | NY | 11788 | ATTN: Joel Margolin and Officer, Managing or General Agent |
| 23. | 50905 | Leon Koral Company | 2050 E Devon Avenue | Elk Grove | IL | 60007 | ATTN: Leonard Koral and Officer, Managing or General Agent |
| 24. | 50906 | Liberty Coca-Cola Beverages LLC | PO Box 780810 | Philadelphia | PA | 19178-0810 | ATTN: Tom McBrady and Officer, Managing or General Agent |
| 25. | 50908 | MRC Creations Inc. | 2664 Stingle Ave. | Rosemead | CA | 91770 | ATTN: Charles Ma and Officer, Managing or General Agent |
| 26. | 50909 | VCNY Home | 5901 West Side Avenue, 6th Fl | North Bergen | NJ | 07047 | ATTN: Toby Cohen and Officer, Managing or General Agent |
| 27. | 50910 | Nines Enterprises LLC | 52-07 Flushing Ave, Ground Floor | Maspeth | NY | 11378 | ATTN: Roberto/Mickey and Officer, Managing or General Agent |
| 28. | 50912 | Voortman Cookies Ltd. | PO Box 4562 | Buffalo | NY | 14240-4562 | ATTN: Adam Hankers and Officer, Managing or General Agent |
| 29. | 50914 | W.M. Brown Group, Inc. | 999 South Oyster Bay Rd, Suite 106 | Bethpage | NY | 11714 | ATTN: Thomas Santangelo and Officer, Managing or General Agent |