# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | |
| NSC WHOLESALE HOLDINGS LLC., *et al.*, | Chapter 11 |
| Debtors.[1] | Case No. 18-12394 (CSS) |
| | (Jointly Administered) |
| NSC LIQUIDATING TRUST, | |
| Plaintiff, | Adv. Proc. No. 20-50899 (CSS) |
| v. | |
| HADDAD INTERNATIONAL LLC, | |
| Defendant. | |

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

Name:  Haddad International LLC

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

Dated:

                                                                 Clerk of the Bankruptcy Court

                                                                 By:

                                                                        Deputy Clerk

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: NSC Wholesale Holdings LLC (6210); National Wholesale Liquidators of Lodi, Inc. (4301); NSC Realty Holdings LLC (4779); NSC of West Hempstead, LLC (5582); Top Key LLC (7503); BP Liquor LLC (2059); and Teara LLC (8660).