# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| NSC WHOLESALE HOLDINGS LLC., *et al.*, | ) Chapter 11 |
| | ) |
| Debtors.[1] | ) Case No. 18-12394 (CSS) |
| | ) |
| | ) (Jointly Administered) |
| | ) |
| NSC LIQUIDATING TRUST, | ) |
| | ) |
| Plaintiff, | ) Adv. Proc. No. 20-50899 (CSS) |
| | ) |
| v. | ) |
| | ) |
| HADDAD INTERNATIONAL LLC, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, Howard A. Cohen, hereby certify that on the date set forth below I forwarded a true and correct copy of the foregoing *Request for Entry of Default*, *Affidavit in Support of Request for Default* and *Proposed Entry of Default* to the following as indicated:

**Via United States Mail, first class, postage prepaid**

        Haddad International LLC
        330 Hurst Street
        Linden, NJ  07036
        Attn: Alan Haddad and Officer, Managing or General Agent

Dated: March 10, 2021
        Wilmington, Delaware

**GIBBONS P.C.**

By: /s/ *Howard A. Cohen*
Howard A. Cohen (DE 4082)
Natasha M. Songonuga (DE 5391)
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801-1671

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: NSC Wholesale Holdings LLC (6210); National Wholesale Liquidators of Lodi, Inc. (4301); NSC Realty Holdings LLC (4779); NSC of West Hempstead, LLC (5582); Top Key LLC (7503); BP Liquor LLC (2059); and Teara LLC (8660).