**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NSC WHOLESALE HOLDINGS LLC., *et al.*, | ) | Case No. 18-12394 (CSS) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| NSC LIQUIDATING TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 20-50899 (CSS) |
| | ) | |
| v. | ) | |
| | ) | |
| HADDAD INTERNATIONAL LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT BY DEFAULT**

Default was entered against defendant Haddad International LLC, on March ____, 2021. The plaintiff has requested entry of judgment by default and has filed an affidavit of the amount due and stating that this defendant is not in the military service. Furthermore, it appears from the record that this defendant is not an infant or incompetent person. Therefore, pursuant to Fed. R. Civ. P. 55(b)(1), as incorporated by Fed. R. Bankr. P. 7055, judgment is entered against this defendant in favor of the plaintiff as follows:

| | |
|---|---|
| Principal: | $26,946.27 |
| Costs: | $350.00 |
| Total: | $27,296.27 |

Dated: _____
Clerk of the Bankruptcy Court

By:_____
Deputy Clerk

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: NSC Wholesale Holdings LLC (6210); National Wholesale Liquidators of Lodi, Inc. (4301); NSC Realty Holdings LLC (4779); NSC of West Hempstead, LLC (5582); Top Key LLC (7503); BP Liquor LLC (2059); and Teara LLC (8660).