**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | |
| NSC WHOLESALE HOLDINGS LLC., *et al.*, ) | Chapter 11 |
| ) | |
| Debtors.[1] ) | Case No. 18-12394 (CSS) |
| ) | |
| ) | (Jointly Administered) |
| ) | |
| NSC LIQUIDATING TRUST, ) | |
| ) | |
| Plaintiff, ) | Adv. Proc. No. 20-50899 (CSS) |
| ) | |
| v. ) | |
| ) | |
| HADDAD INTERNATIONAL LLC, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I, Howard A. Cohen, hereby certify that on the date set forth below I forwarded a true and correct copy of the foregoing *Request for Judgment by Default* and *Proposed Judgment by Default* to the following as indicated:

**Via United States Mail, first class, postage prepaid**

    Haddad International LLC
    330 Hurst Street
    Linden, NJ 07036
    Attn: Alan Haddad and Officer, Managing or General Agent

Dated: March 10, 2021            **GIBBONS P.C.**
      Wilmington, Delaware

                                                  By: /s/ *Howard S. Cohen*
                                                  Howard A. Cohen (DE 4082)
                                                  Natasha M. Songonuga (DE 5391)
                                                  300 Delaware Avenue, Suite 1015
                                                  Wilmington, DE 19801-1671

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: NSC Wholesale Holdings LLC (6210); National Wholesale Liquidators of Lodi, Inc. (4301); NSC Realty Holdings LLC (4779); NSC of West Hempstead, LLC (5582); Top Key LLC (7503); BP Liquor LLC (2059); and Teara LLC (8660).