# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**  
NSC Wholesale Holdings LLC  
    Debtor  
_____

Bankruptcy Case No.: 18–12394–CSS

Bankruptcy Chapter: 11

NSC Liquidating Trust

    Plaintiff

    vs.

Haddad International LLC

    Defendant(s)

Adv. Proc. No.: 20–50899–CSS

## ENTRY OF DEFAULT

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

> Defendant's Name: Haddad International LLC

Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055.

_____  
Una O'Boyle, Clerk of Court

Date: 3/10/21            By: Leslie Murin, Deputy Clerk

(VAN–431)