# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 3/10/2021 |
| Case: 20−50899−CSS | Form ID: van431 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
aty     Howard A. Cohen         hcohen@gibbonslaw.com
aty     Natasha M. Songonuga    nsongonuga@gibbonslaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft     Haddad International LLC     330 Hurst Street     Attn: Alan Haddad     Linden, NJ 07036
ust     U.S. Trustee     Office of the United States Trustee     J. Caleb Boggs Federal Building     844 King Street, Suite 2207     Lockbox 35     Wilmington, DE 19801
ust     U.S. Trustee     Office of United States Trustee     J. Caleb Boggs Federal Building     844 King Street, Suite 2207     Lockbox 35     Wilmington, DE 19899−0035

TOTAL: 3