# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
NSC Wholesale Holdings LLC
    Debtor

Bankruptcy Case No.: 18–12394–CSS

Bankruptcy Chapter: 11

---

NSC Liquidating Trust

    Plaintiff

    vs.

Haddad International LLC.

    Defendant(s)

Adv. Proc. No.: 20–50899–CSS

**JUDGMENT BY DEFAULT**

On 3/10/21, default was entered against defendant(s) Haddad International LLC. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

Judgment is entered against defendant(s) Haddad International LLC. in the amount of $26,946.27 plus court filing costs in the amount of $350.00.

Date: 3/11/21

*Una O'Boyle*

Una O'Boyle, Clerk of Court

(VAN–433b)