# Notice Recipients

District/Off: 0311−1          User: admin                    Date Created: 3/11/2021
Case: 20−50899−CSS           Form ID: van433b                Total: 4

**Recipients of Notice of Electronic Filing:**
aty     Howard A. Cohen         hcohen@gibbonslaw.com
aty     Natasha M. Songonuga    nsongonuga@gibbonslaw.com

            TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust     U.S. Trustee     Office of the United States Trustee     J. Caleb Boggs Federal Building     844 King Street, Suite 2207     Lockbox 35     Wilmington, DE 19801
ust     U.S. Trustee     Office of United States Trustee     J. Caleb Boggs Federal Building     844 King Street, Suite 2207     Lockbox 35     Wilmington, DE 19899−0035

            TOTAL: 2